UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES SHARKEY,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN CLARKE, CHRISTAL KEEGAN, KRISTOPHER SANCHEZ, NEVADA REAL ESTATE DIVISION,<br><br>    Defendants. | Case No. 2:25-cv-00549-CDS-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Pro Se Litigant to File Electronically. ECF No. 10. Plaintiff has met the requirements for E-filing (ECF Nos. 4, 5); thus, Plaintiff's Motion is granted below.

Accordingly and based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must forward the Consent for Electronic Service of Documents (ECF Nos. 4, 5) to the Help Desk to configure Plaintiff's CM/ECF account. Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure his CM/ECF account.

Dated this 3rd day of April, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1